UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA McCLINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:14-1797 |
| | ) | JUDGE SHARP/ KNOWLES |
| | ) | |
| HOSPITAL AUTHORITY OF THE | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE and DAVIDSON COUNTY | ) | |
| d/b/a NASHVILLE GENERAL | ) | |
| HOSPITAL AT MEHARRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge